UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS C. ARMSTRONG

VERSUS

ALVIN TURNER, JUDGE, ET AL

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 JUL -3 P 2:16

BY DEPUTY CLERK

CIVIL ACTION

NO. 06-693-A

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 1, 2007 (doc. 6), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claims shall be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

Baton Rouge, Louisiana, June 29, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA